# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC42 | E1864892 | A. TOLEDO | ILK |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 4/8/2025 1620
Offense Charged: ☑ CFR ☐ USC ☐ State Code
TITLE 41 SECTION 102-74.390(a)

Place of Offense: 12429 AVALON BLVD LOBBY, LOS ANGELES, CA 90061

Offense Description: Factual Basis for Charge  HAZMAT ☐
DISTURBANCE
CREATING A LOUD OR UNUSUAL NOISE
CREATING A NUISANCE

### DEFENDANT INFORMATION

Last Name: DRUMGOLE
First Name: BOBBY
MI: L

[Defendant address and identifying information redacted]

APPEARANCE IS REQUIRED — ☑ A If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — ☐ B If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 255 E. TEMPLE ST. 6TH FL, LOS ANGELES, CA 90012
Date: 6/18/2025   Time: 0800

X Defendant Signature: [signed]
Original - CVB Copy
*E1864892*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on APRIL 8, 2025 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

~~On property under the authority of GSA, where the Rules Governing Conduct on such property are posted at the public entrance, DRUMGOLE entered onto federal property in regards to a dispute with his Direct Xpress card charges at Social Security (SSA) Office. DRUMGOLE had fallen asleep in the SSA lobby on his seat and was woken up by PSO MARSHALL and advised to stay awake, so he does not miss his number being called. DRUMGOLE then walked over to window #6 where Herbert WALTER was working. DRUMGOLE was cursing at the employee. The employee said he heard DRUMGOLE say he didn't want his help anyway and didn't give a fuck. Which led the employee to ask the PSO to advise DRUMGOLE he was done for the day. PSOs asked DRUMGOLE to leave several times but he refused and got louder and stated in loud manner "I AINT GOING ANYWHERE. I'M GOING TO SEE SOMEBODY." Subsequently DRUMGOLE was detained for creating disturbance. DRUMGOLE was issued Citation # E1864892 for Title 41 CFR 102-74.390 (a) Disturbance. Creating a loud or unusual noise creating a nuisance.~~

~~See FPS Case # F25090098510 for additional information.~~

The foregoing statement is based upon:
☐ my personal observation
☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/08/2025   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   Date (mm/dd/yyyy) _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident